# Third District Court of Appeal

## State of Florida

Opinion filed January 6, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1560
Lower Tribunal No. 18-8260
_____

**Kenyatta Harmon,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Richard L. Hersch, Judge.

Kenyatta Harmon, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, SCALES, and HENDON, JJ.

PER CURIAM.

Affirmed. <u>Delgado v. State</u>, 43 So. 3d 132, 134-35 (Fla. 3d DCA 2010) (finding information that stated the "defendant possessed a firearm" and cited to section 775.087, Florida Statutes, was sufficient to allow for enhancement of actual possession of a firearm); <u>see also</u> <u>Robinson v. State</u>, 215 So. 3d 1262 (Fla. 1st DCA 2017) (holding technical defects in a charging document are no longer "structural" constituting per se reversible error, and a defendant's failure to raise a timely objection to a charging document's technical insufficiency prior to a jury verdict results in waiver).